[No. 68414-1-I.   Division One.   October 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY L. JAMISON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-02039-1, Bruce I. Weiss, J., entered March 9, 2012. *Affirmed* by unpublished per curiam opinion.

[No. 68438-8-I.   Division One.   October 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN CURTIS COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06297-6, Laura Gene Middaugh, J., entered February 2, 2012. *Affirmed* by unpublished per curiam opinion.

[No. 68764-6-I.   Division One.   October 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. EMILIO HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01888-8, Catherine D. Shaffer, J., entered May 4, 2012. *Affirmed* by unpublished per curiam opinion.